## CRIMINAL MINUTES

**4:25 PM - 4:43 PM**                                    **TAPE#   VC-SYR 12**
**JUNE 8, 2005, SYRACUSE, NY**
**MAGISTRATE JUDGE DAVID E. PEEBLES, PRESIDING**

**CLERK: SHELLY LAZZARO**


UNITED STATES
          v.                              3:05-M-210 (DEP)
DAVID FALSO

***Appearances:***

For USA: Miroslav Lovric, AUSA
For Deft.: David Secular, Asst. FPD (*Deft. may be retaining counsel*)
USPO: Mike Pierce

_____
### INITIAL APPEARANCE

Proceeding was held by video w/ the Deft. and AUSA in Binghamton and FPD and Judge Peebles in Syracuse.  Deft. has no objections to having this proceeding held by video.  Copies of criminal complaint provided to parties.  Deft. is advised of rights.  Maximum penalty of charges is stated.  Financial affidavit is reviewed.  Judge notes that Deft. may be retaining counsel, but has not spoken to his attorney, Lawrence Knickerbocker, Esq., who takes care of other matters for him.  Judge advises Deft. that if he plans to retain counsel, that attorney should be contacted immediately and advised of the next hearing date.  Gov't. moves for detention of Deft..  Detention hearing is scheduled for Friday, June 10, 2005 at 10:00 AM in Binghamton..  Deft. is remanded to the custody of the USMS pending the detention hearing.