**INITIAL APPEARANCE ON**
**SUPERSEDING COMPLAINT / DETENTION HEARING**
**FRIDAY, JUNE 10, 2005 - BINGHAMTON, NY**
**MAGISTRATE JUDGE DAVID E. PEEBLES, PRESIDING**
**CD: #2005-002**

**CLERK: ANGELA TOPA**

| | |
|---|---|
| UNITED STATES<br>      v.<br>DAVID FALSO | 3:05-M-201 (DEP) |

*Appearances:*

For USA: Miroslav Lovric, AUSA
For Deft.: Mark Suben, Esq. - Retained

---

10:06 AM     Court meets.

　　　　　Deft advised of his rights and provided w/a copy of the Superseding Complaint and Pretrial Report; Deft advised of penalties; Atty Suben has been retained by Deft; AUSA is heard re: issue of detention; Atty Suben is heard in response and requests the Deft be released; Judge states decision of detention for the record; Judge to issue a written decision; Deft ordered remanded.

10:48 AM     Court stands adjourned.